# US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gayle George<br>Petitioner<br><br>v.<br><br>Superior Court of the District of Columbia<br>US Marshals Service | Case: 1:24-cv-01787<br>Assigned To : Unassigned<br>Assign. Date : 6/20/2024<br>Description: Pro Se Gen. Civil (F-DECK)<br><br>**PETITION FOR DECLARATORY JUDGMENT** |

"The Superior Court of the District of Columbia is a department of the DC government, which exercises the powers of the **public trust**. Judges are elected officers accountable directly to the **United States Constitution**, statutes, and the **citizens** of the District of Columbia."

"The United States Marshals Service is the enforcement arm of the **federal** courts with duties that include protecting the federal judiciary, apprehending federal fugitives, managing and selling seized assets acquired by criminals through illegal activities, housing and transporting federal prisoners and operating the Witness Security Program."

1. Pursuant to § 2–351.03 of the Code of the District of Columbia imposes an obligation of good faith in the performance or enforcement of every contract or duty administered by the Government."**Good faith means honesty in fact in the conduct of the transaction concerned and the observance of reasonable commercial standards of fair dealing.**"
2. Whereas pursuant to Title 5 CFR § 2635.101 public service is a **public trust**.
3. Every public office is created in the interest and for the **benefit of the people**, and belongs to them. Thus, a public office is a public agency or trust created in the interest and **for the benefit of the people**. Such trust extends to all matters within the range of the duties pertaining to the office.
4. Whereas each public trustee has a responsibility to the United States Government and its people to place loyalty to the Constitution, laws and ethical principles above private gain.
5. Whereas any (wo)man acting as Judge, Officer, or Agent by, through, or upon the order of any branch of the DC Superior Court or any agency of the Government of the District of Columbia, is a public trustee as the honorable office is one of public service.
6. Whereas the expressed and intended beneficiaries of the public trust are the private sovereign people of the District of Columbia and of the United States of America.
7. Whereas **Gayle George** is a beneficiary and one of the people endowed by article 1 of the constitution with all political power. "All political power is inherent in the people, and governments derive their just powers from the consent of the governed, and are established to protect and maintain individual rights."

Pursuant to Chapter 13 of the Code of the District of Columbia Uniform Trust Code, "Beneficiary" means a person that: Has a present or future beneficial interest in a trust, vested or contingent or B in a capacity other than that of trustee, holds a beneficial interest in a trust; a power of appointment over trust property.

RECEIVED JUN 20 2024 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

8. **Gayle George**, as the beneficiary of the public trust, having formally acknowledged and accepted the appointment of all judicial officers as trustee(s) and given due notice that we cannot be ordered or compelled with the threat of force or punishment to adhere to any quasi-judicial administrative court orders (see attached) against her interests.
    a. Pursuant to § 21–1701 of the Code of the District of Columbia "'fiduciary" includes a **trustee** under a trust, express, implied, resulting or constructive, executor, administrator, guardian, conservator, curator, receiver, trustee in bankruptcy, assignee for the benefit of creditors, partner, agent, officer of a corporation, public or private, public officer, or other person acting in a fiduciary capacity for a person, trust, or estate.
9. This is not because we are above the law, but because that is the law as it is written and legislatively intended. Equity follows the law.
10. The source of all sovereignty is the people as private individual men and women.
11. The US Marshal's Office is an agency of the Department of Justice under direction of the US Attorney General established by authority delegated by the private people they serve.
12. In that sense, they govern ONLY by the continuing consent of those private people and when they fail to do their job properly, it is the private people's right AND duty as the sovereigns they serve to prosecute and fire them.
13. What is referred to in the attached document as "premises" is in reality the private property for the beneficiary and not public property, public housing nor business use statutorily-regulated property.
14. It would in fact be a breach of the public trust and of the peace if anyone were to violate the beneficiary of the public trust by disturbing their peaceful enjoyment of their private property based on an inapplicable administrative order.
15. Our equitable interest pertains to the beneficial ownership of the specified property or "asset" defined in § 47–1401 of the Code of the District of Columbia as follows:
    a. " (10) The term "equitable title" means a right in a party to have the legal title to a real property transferred to such party. The term shall also include any right to receive equitable title by means of an option to purchase or otherwise."
16. Respondent's claim to legal title to the property, defined in § 47–1401 of the Code of the District of Columbia as follows:
    a. "(16) The term "legal title" means complete and perfect title to real property in the party to whom such title belongs so far as regards the apparent right of ownership and possession of the real property, **but which carries no beneficial interest in the property, another person being equitably entitled thereto.**"
17. Petitioner has accumulated and vested interest in the benefits, value, and in the property in controversy. This equitable interest is governed by the terms and conditions outlined in the relevant legal public trust documents, including any treaty, regulation or instrument and through the prescriptive title vested in Petitioner by 17 years of peaceful enjoyment.

18. Our equitable interest involves the following key aspects:
    - **Beneficial Ownership**: we hold a beneficial interest in the property, which means that we are entitled to receive benefits and value the property may generate.
    - **Rights and Entitlements**: we have the right to receive value, proceeds, or other advantages associated with the property, in accordance with the terms of the trust agreement or other relevant documents.
    - **Equitable Considerations**: Our equitable interest is guided by principles of fairness and equity. We are entitled to receive a just and reasonable share of the property's benefits.
19. Trustee's Role: Since the property is held in trust, the trustee is responsible for managing and safeguarding our equitable interest, ensuring that our rights are respected and upheld.
20. Please note that Petitioner's equitable interest is distinct from legal title gained by fraudulent or deceptive means, and it is important to consider both aspects when discussing matters related to the property.
21. If you require any further information or clarification regarding our equitable interest, please do not hesitate to contact me at **202-378-8834** or **gaylegeorgei@hotmail.com**.

Therefore the relator moves this court to enter an order clarifying the relationship between the relator and respondent is:
1. One of trustee and beneficiary and of sovereign people and public servants.
2. As such, a trustee's only duty as it relates to the people is to protect the equitable interest, rights and property as beneficiaries of the public trust.
3. As a beneficiary of the public trust, Relator cannot be bound by the rules, ordinances, and judgments created by and for the public trustee.

We Affirm that all statements, facts, and information presented in this petition are correct and true; and are presented as evidence 'for the record.' We, furthermore, state that the aforesaid Exhibit, Evidence, Information, and Facts are placed in Evidence in this case, as we are reserving our right to 'Present' our own 'Proper Self' as a living soul and Affirmed to the best of our knowledge and belief.' we affirm by Almighty God that the words in this petition are our words and that every statement in this petition is true.

Executed on this, the 20th day of June, year of our Lord and Saviour, two thousand twenty-four, A.D. [June 20, 2024, A.D.]

Peacefully and reverently,

By: Gayle George; *beneficiary of the public trust*

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT
9a. ORGANIZATION'S NAME

**THE FEDERAL RESERVE SYSTEM**

10. MISCELLANEOUS

[Wtd] THIS NOTE IS LEGAL TENDER
FOR ALL DEBTS, PUBLIC AND PRIVATE
14,300,000,000,000,000 -
[14,300,000,000,000,000.]

300,000,000,000,000

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

**U.S. DEPARTMENT OF DEFENSE FINANCE AND ACCOUNTING SERVICES**

11c. MAILING ADDRESS: 1400 Defense Pentagon | Washington | DC | 20301-1400 | U.S.A.

300,000,000,000,000 | is trustee (15 USC) | The United States of America | AG 500000404 A

12. ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME

**NORTH AMERICAN WATER AND POWER ALLIANCE**

12c. MAILING ADDRESS: 1400 Defense Pentagon | Washington | DC | 20301-1400 | U.S.A.

14. Description of real estate:

{- An all real men with hands and legs, and all real land in the United States of America
14,000,000,000,000,000.
- WITH TRUST IN GOD, this real-estate is with the PUBLIC -}

OUT OF MANY (all 50 states, all cities, counties-properties)ONE real estate in THE UNITED STATES OF AMERICA, this

FIRST NAME: EVERTON,
LAST NAME: ROCHA,
MIDDLE NAME: DEOLIVEIRA,
M

be as extracted, with-prejudice, in-to the United States of America, State of California on this 15th day of July, 2011 -

[A SECURITY (15 USC) - COMMERCIAL AFFIDAVIT - NOT A POINT OF LAW]

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

The United States of America,
U.S. Treasury DEPARTMENT-
INTERNAL RE-VENUE SERVICE (IRS)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

```
CUST ID: 0002623457
WORK ORDER: 0003840037
DATE: 07-28-2011 11:25 AM
AMT. PAID: $100.00
```

UCC

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
U.S.A. DEPARTMENT OF DEFENSE
U.S.A. DEPARTMENT OF HOMELAND SECURITY
ATT: CLERK, HALL OF JUSTICE C1110714 1 43670
191 NORTH-FIRST STREET,
SAN JOSE  CA 95113-1000
```

RECEIVED 2011 JUL 28 A 11:01

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME

1a. ORGANIZATION'S NAME: **THE FEDERAL RESERVE SYSTEM**

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 20th Street N.W. | Washington | DC | 20551 | U.S.A. |

14,300,000,000,000 | a trust (15 USC) | The United States of America | AG 59880464 A – U.S. S.E.C

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

2a. ORGANIZATION'S NAME: **E PLURIBUS UNUM THE UNITED STATES OF AMERICA**

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1600 Pennsylvania Avenue, NW | Washington, DC | d.c. | 20220 | U.S.A. |

14,000,000,000,000 | a trustee (15 USC) | The United States of America | AG 59880464 A

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: **THE UNITED STATES DEPARTMENT OF THE TREASURY 1789**

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 50 Maryland Avenue | Rockville | md | 20850 | U.S.A. |

4. This FINANCING STATEMENT covers the following collateral:

```
1D00207516      Seal  No. 285521
6233753001      Seal  No. 285522
6D00242066      Seal  No. 285523
FV28330-2,      Seal  No. 285524
```

[A SECURITY (15 USC) COMMERCIAL AFFIDAVIT — NOT A POINT OF LAW]

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)