# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAYLE GEORGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 24-01787 (UNA) |
| ) | |
| SUPERIOR COURT OF THE ) | |
| DISTRICT OF COLUMBIA *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## **ORDER**

The rules of this district court state: "The first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." LCvR 5.1(c)(1). In addition, a party appearing *pro se* must include in the caption "the party's telephone number[.]" *Id*. "If the party does not wish" to have the residence address or telephone number appear on the public docket, the party "shall omit" such from the caption and "simultaneously file under seal a notice containing" the omitted information, which "shall be available only to the Court and the opposing party." *Id*. The Petition for Declaratory Judgment submitted *pro se*, ECF No. 1, does not include the petitioner's address and telephone number.

Accordingly, it is

**ORDERED** that within **30 days** from the filing date of this order, Petitioner shall submit a replacement complaint in accordance with LCvR 5.1(c). Petitioner's failure to comply with this order within the time provided may result in dismissal of the case without prejudice.

_____/s/_____
DABNEY L. FRIEDRICH
United States District Judge

Date: September 16, 2024